IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSÉ LOPEZ, MOISES AGUILAR, TIBURCIO CHAVEZ, EFREN HERNANDEZ, and CAMILO LOYOLA, <br><br> Plaintiffs, <br><br> v. <br><br> McSTRONG CONTRACTING LLC, FREDDIE McINTYRE, JR., and MARCUS ARMSTRONG, <br><br> Defendants. | Civil Action No.: <br> 5:11-cv-567 - BR |

ENTRY OF DEFAULT BY CLERK PURSUANT TO RULE 55(a)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

Counsel for Plaintiffs has requested that an entry of default be made by the Clerk against Defendants McSTRONG CONTRACTING LLC, FREDDIE McINTYRE, JR., and MARCUS ARMSTRONG pursuant to Rule 55(a), Fed. R. Civ. P. Upon consideration of the Affidavit for Entry of Default and the court records, an entry of default against Defendants McSTRONG CONTRACTING LLC, FREDDIE McINTYRE, JR., and MARCUS ARMSTRONG is made this the 29th day of December, 2011.

_____
CLERK