UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jose Lopez,  )<br>Moises Aguilar,  )<br>Tiburcio Chavez,  )<br>Efren Hernandez,  )<br>Camilo Loyola,  )<br>              )<br>            Plaintiffs,  )<br>              )<br>    v.        )<br>              )<br>McStrong Contracting, LLC,  )<br>Freddie McIntyre, Jr.,  )<br>Marcus Armstrong,  )<br>            Defendants.  )<br>              )  | **JUDGMENT**<br><br>No. 5:11-CV-567-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the plaintiffs' motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motion for default judgment is ALLOWED.

    1. Plaintiff José Lopez have and recover of defendants, jointly and severally, the amount of $2673.00.

    2. Plaintiff Moises Aguilar have and recover of defendants, jointly and severally, the amount of $4631.00.

    3. Plaintiff Tiburcio Chavez have and recover of defendants, jointly and severally, the amount of $4464.00.

    4. Plaintiff Efren Hernandez have and recover of defendants, jointly and severally, the amount of $4631.00.

    5. Plaintiff Camilo Loyola have and recover of defendants, jointly and severally, the amount of $5792.00.

Plaintiffs may file an appropriate request for attorneys fees and costs. The Clerk is DIRECTED to close this case.

**This judgment filed and entered on May 24, 2012, and served on:**

Robert J. Willis  (via CM/ECF Notice of Electronic Filing)
McStrong Contracting, LLC (via US Mail)
Freddie McIntyre, Jr. (via US Mail)
Marcus Armstrong (via US Mail)

May 24, 2012                                             /s/ Julie A. Richards,
                                                                  Clerk of Court